UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL LIMON,

          Plaintiff,

    v.

NEW ERA SECURITY, INC., et al.,

          Defendants.

Case No.  23-cv-02055-SK

**ORDER TO SHOW CAUSE**

On April 27, 2023, the Court issued an order setting an initial case management conference for July 24, 2023.  (Dkt. No. 4.)  The Court then continued the case management conference several times.  (Dkt. Nos. 10, 13, 26, 28, 31.)  The Court granted the motion filed by Plaintiff's counsel to withdraw and continued the initial case management conference to March 18, 2024.  (Dkt. No. 35.)  The Court Ordered Plaintiff to file a case management statement by no later than March 11, 2024.  (*Id.*)  Plaintiff failed to do so and failed to appear for the case management conference on March 18, 2024.  Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff shall file a written response to this Order to Show Cause by no later than April 10, 2024.

        **IT IS SO ORDERED**.

Dated: March 20, 2024

SALLIE KIM
United States Magistrate Judge

*United States District Court*
*Northern District of California*